UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOSES ERVINE,

                          Petitioner,

     -against-                                    15 **CIVIL** 9419 (ER)(SDA)

## JUDGMENT

JOSEPH T. SMITH,

                          Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 12, 2022, Magistrate Judge Aaron's Report is adopted in its entirety, and Ervine's Petition for a writ of habeas corpus is DENIED. As Ervine has not made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); see also, e.g., Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

        April 21, 2022

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                                 **BY:**

                                                         **Deputy Clerk**